FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES MARSHALL, an individual,<br>Plaintiff,<br>v.<br>TECHNIDEA CORPORATION, a California company; DENNIS VORIES, in his individual, martial, and corporate capacity,<br>Defendants. | No. 1:24-CV-00221-SAB<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION; PLAINTIFF'S MOTION TO EXPEDITE** |

Before the Court are Defendants' Motion for Reconsideration, ECF No. 42, and recently filed Plaintiff's Motion to Expedite Plaintiff's Motion to Confirm Diversity Jurisdiction of the Court, ECF No. 67. The Motions were heard without oral argument. Plaintiff is represented by Gregory Sidmore and Mason Hudon. Defendants are represented by John Kreutzer.

**1. Defendants' Motion for Reconsideration**

This case was recently assigned to this Court. Previously, Judge Rice granted Plaintiff's Motion to Quash Subpoenas. He did so without considering Defendants' opposition. Defendants ask the Court to reconsider Judge Rice's decision.

The Court has reviewed Defendants' briefing in opposition to Plaintiff's

Motion to Quash, and find there is no basis to reconsider Judge Rice's decision under Fed. R. Civ. P. 60 or Fed. R. Civ. P 26.

**2. Plaintiff's Motion to Expedite**

Recently, Plaintiff filed a Motion to Confirm Diversity Jurisdiction of the Court and asks that it be heard on an expedited basis. The Court declines to do so. Good cause does not exist to expedite the hearing on Plaintiff's motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendants' Motion for Reconsideration, ECF No. 42, is **DENIED**.

2. Plaintiff's Motion to Expedite Plaintiff's Motion to Confirm Diversity Jurisdiction of the Court, ECF No. 67, is **DENIED**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 18th day of November 2026.

Stan Bastian
Chief United States District Judge